| Fill in this information to identify the case: | |
|---|---|
| Debtor name | 7701 SW 120th Street LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION |
| Case number (if known): | 20-16512-AJC |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Florida Department of Revenue** PO Box 6668 Tallahassee, FL 32314-6668 | | **Taxes** | | | | $0.00 |
| **Forethought Life Insurance Company** Robert Michael Arena Jr., President 10 W Market St Ste 2300 Indianapolis, IN 46204-2954 | | **Mortgage** | | $680,000.00 | $430,127.00 | $249,873.00 |
| **Internal Revenue Services** PO Box 7346 Philadelphia, PA 19101-7346 | | **Taxes** | | | | $0.00 |
| **John Aaron** 9620 NE 2nd Ave Ste 203 Miami Shores, FL 33138-2749 | | **Loan to Company** | | | | $50,000.00 |
| **Miami-Dade Tax Collector** 140 W Flagler St Ste 1403 Miami, FL 33130-1561 | | **Property Taxes** | | | | $11,621.26 |