# United States Bankruptcy Court
## Southern District of Florida, Miami Division

In re  **7701 SW 120th Street LLC**  
Debtor(s)

Case No.  **20-16512-AJC**  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **John Aaron**<br>**9620 NE 2nd Ave Ste 203**<br>**Miami Shores, FL 33138-2749** | **Member Units** | **100** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **June 15, 2020**

Signature  **/s/ John Aaron**  
**John Aaron**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.