

**ORDERED in the Southern District of Florida on July 10, 2020.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION
www.flsb.uscourts.gov**

In re:

                                                          Case No.: 20-16512-AJC

7701 SW 120th STREET, LLC,

    Debtor-in-Possession.
_____/

**ORDER APPROVING
DEBTOR-IN-POSSESSION'S APPLICATION FOR EMPLOYMENT
OF VAN HORN LAW GROUP, P.A. AND ITS' REGULAR ASSOCIATES
AS COUNSEL FOR DEBTOR EFFECTIVE AS OF JUNE 15, 2020 (DE 7)**

THIS MATTER, came before the Court on Thursday, July 9, 2020, at 10:30 a.m. upon the *Debtor-In-Possession's Application for Employment of Chad Van Horn, Esq. and the Law Firm of Van Horn Law Group, P.A. and Its' Regular Associates as Counsel for the Debtor Effective as of June 15, 2020* (the "Application") (DE 7), and the Affidavit of Chad T. Van Horn, Esq. on behalf of Van Horn Law Group, P.A., and Melissa Goolsarran Ramnauth, Esq., as Proposed Counsel for Debtor (the "Affidavit") attached to the Application as Exhibit "A".

The Application requests entry of an Order approving 7701 SW 120th Street LLC's (the

"Debtor") employment of Chad Van Horn, Esq., and the Van Horn Law Group, P.A. and its' regular associates to represent it as general counsel in this Chapter 11 case. The Court has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §157(b)(2)(A). The relief requested in the Application is in the best interests of the Debtor, its estate, and its creditors. The Affidavit makes relevant disclosures as required by Federal Rules of Bankruptcy Procedure 2014 and 2016 (the "Bankruptcy Rules"). The Affidavit contains a verified statement as required by Bankruptcy Rule 2014 demonstrating that Chad T. Van Horn, Esq., Melissa Goolsarran Ramnauth, Esq., and the Van Horn Law Group, P.A. are disinterested as required by 11 U.S.C. §327(a). Pursuant to 11 U.S.C. §327(a), Bankruptcy Rule 2014(a), and Local Rule 2014-1(A), the Court is authorized to grant the relief requested in the Application. Upon the record herein, and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein.

Accordingly, it is hereby **ORDERED**:

1. The Application (DE 7) is **APPROVED**.

2. The employment of Van Horn Law Group, P.A. and its' regular associates as general counsel to the Debtor in this Chapter 11 case is approved pursuant to 11 U.S.C. §327(a), on a final basis.

3. The employment of Van Horn Law Group, P.A. by the Debtor shall be effective as of June 15, 2020.

4. Van Horn Law Group, P.A. shall apply for compensation and reimbursement of costs, pursuant to 11 U.S.C. §§330 and 331, at its ordinary rates, as they may be adjusted from time to time, for services rendered and costs incurred on behalf of the Debtor.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

# # #

Submitted by:

Chad Van Horn, Esq.
Florida Bar No. 64500
**VAN HORN LAW GROUP, P.A.**
330 N Andrews Ave., Suite 450
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

*(Chad Van Horn, Esq. is hereby directed to provide a conformed copy of this Order to all parties-in-interest and to file a Certificate of Service as to same).*