UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA – MIAMI DIVISION

CASE NO. 20-16512-AJC
CHAPTER 11

IN RE:

7701 SW 120th Street LLC,
        Debtor(s)
_____/

### CERTIFICATE OF SERVICE OF NOTICE OF HEARING AND COMPLIANCE WITH LOCAL RULE 9073-1(D)

Secured Creditor, Forethought Life Insurance Company, its Successors and/or Assigns, by and through its undersigned counsel, hereby certifies that attempts have been made to confer with opposing counsel to resolve this matter without a hearing.

**I HEREBY CERTIFY** that a true and correct copy of the *Notice of Hearing* (Docket No. 17) for the *Motion for Relief from Stay and/or In the Alternative Motion for Adequate Protection* (Docket No. 16) was electronically filed and/or mailed to all parties on the attached Mailing List this 15th day of July, 2020.

        Respectfully Submitted,

        **Kahane & Associates, P.A.**
        8201 Peters Road, Suite 3000
        Plantation, Florida 33324
        Telephone: (954) 382-3486
        Telefacsimile: (954) 382-5380

By: _____
    ☐ Gregg S. Ahrens, Esq., Fla. Bar No.: 352837

## MAILING LIST

*Debtor*  
**7701 SW 120th Street LLC**  
9620 NE 2nd Ave Ste 203  
Miami Shores, FL 33138-2749

**Chad T Van Horn**  
330 N Andrews Ave #450  
Ft Lauderdale, FL 33301

*U.S. Trustee*  
**Office of the US Trustee**  
51 S.W. 1st Ave.  
Suite 1204  
Miami, FL 33130

***all creditors on the attached mailing list**

Respectfully Submitted,

**Kahane & Associates, P.A.**  
8201 Peters Road, Suite 3000  
Plantation, Florida 33324  
Telephone:  (954) 382-3486  
Telefacsimile: (954) 382-5380

By:_____  
☐ Gregg S. Ahrens, Esq., Fla. Bar No.: 352837

19-01513 LHFC  
V4.20200309

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 20-16512-AJC<br>Southern District of Florida<br>Miami<br>Wed Jun 17 10:20:46 EDT 2020 | 7701 SW 120th Street LLC<br>9620 NE 2nd Ave Ste 203<br>Miami Shores, FL 33138-2749 | CT Corporation, Registered Agent<br>for Forethought Life Insurance Co.<br>1200 S Pine Island Rd<br>Plantation, FL 33324-4413 |
| Florida Department of Revenue<br>8175 NW 12th St Ste 119<br>Doral, FL 33126-1828 | Florida Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | Forethought Life Insurance Company<br>Robert Michael Arena Jr., President<br>10 W Market St Ste 2300<br>Indianapolis, IN 46204-2954 |
| Internal Revenue Service<br>7850 SW 6th Ct # 5730<br>Plantation, FL 33324-3210 | Internal Revenue Services<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | John Aaron<br>9620 NE 2nd Ave Ste 203<br>Miami Shores, FL 33138-2749 |
| Miami-Dade Tax Collector<br>140 W Flagler St Ste 1403<br>Miami, FL 33130-1561 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Thomas Crowder, Esq.<br>Kahane & Associates PA<br>8201 Peters Rd Ste 3000<br>Plantation, FL 33324-3292 |
| Chad T Van Horn<br>330 N Andrews Ave #450<br>Ft Lauderdale, FL 33301-1012 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix
Mailable recipients   12
Bypassed recipients    1
Total                 13